**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-30386 |
| Plaintiff - Appellee, | D.C. No. 1:08-cr-00150-RFC |
| v. | |
| VICKIE DIANE BECKER, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Richard F. Cebull, Chief District Judge, Presiding

Submitted October 19, 2010[**]

Before:    O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

Vickie Diane Becker appeals from her 72-month sentence imposed

following her guilty-plea convictions for bank fraud, in violation of 18 U.S.C.

§ 1344, and money laundering, in violation of 18 U.S.C. § 1957.  We have

jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Becker contends that her sentence is substantively unreasonable because it was greater than necessary to accomplish the purposes of sentencing when considered in light of the significant mitigating factors she presented. The district court did not procedurally err, and the sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) factors and the totality of the circumstances. *See Gall v. United States*, 552 U.S. 38, 51 (2007); *see also United States v. Carty*, 520 F.3d 984, 991-93 (9th Cir. 2008) (en banc).

**AFFIRMED**.